**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

BRUCE KENNEDY-CLARK          :
                             :    CIVIL ACTION
                             :
        v.                   :    NO. 13-CV-4349
                             :
CITY OF PHILADELPHIA         :
ET. AL.                      :

## ORDER

AND NOW, this  26th  day of June, 2014, upon Plaintiff and Defendant City of Philadelphia's Stipulation of Dismissal (Doc. No. 13) it is hereby ORDERED that all claims against Defendant City of Philadelphia only are hereby DISMISSED with prejudice in their entirety, pursuant to Local Rule of Civil Procedure 41.1(b), without costs, and pursuant to the agreement of the parties.

BY THE COURT:


s/J. Curtis Joyner
J. CURTIS JOYNER, J.