IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

BRUCE KENNEDY-CLARK : CIVIL ACTION
:
VS. : 13-4349
:
CITY OF PHILADELPHIA, <u>ET</u>, <u>AL</u>

**ORDER**

**AND NOW,** this 14TH day of JULY, 2014 it is hereby **ORDERED** that the above captioned matter is referred to U.S. Magistrate Judge THOMAS J. RUETER, in accordance with 28 U.S.C. § 636 (b) (1) (A), for the exploration of settlement.

**AND IT IS SO ORDERED.**

J. CURTIS JOYNER, S.J.