IN THE UNITED STATES DISTRICT COURT
FOR THE EASTER DISTRICT OF PENNSYLVANIA

| BRUCE KENNEDY-CLARK | : | CIVIL ACTION |
|---|---|---|
| v. | : | |
| CITY OF PHILADELPHIA, et al. | : | NO. 13-4349 |

## ORDER

AND NOW, this 11th day of August, 2014, it having been reported that the issues between the parties in the above action have been settled pursuant to Rule 41.1(b) of the Local Rules of Civil Procedure of this Court, it is hereby

**ORDERED**

that:

1. Pursuant to the Stipulation of counsel, dated August 8, 2014, plaintiff's First Amendment claims raised in his Complaint are hereby **DISMISSED WITH PREJUDICE**.

2. All plaintiff's remaining claims are settled and are hereby **DISMISSED WITH PREJUDICE**, without costs, pursuant to the agreement of counsel.

BY THE COURT:

_____
J. CURTIS JOYNER,                 J.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTER DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BRUCE KENNEDY-CLARK | : | CIVIL ACTION |
| v. | : | |
| CITY OF PHILADELPHIA, et al. | : | NO. 13-4349 |

## STIPULATION

The parties hereby stipulate and agree that plaintiff hereby withdraws his claims pursuant to the First Amendment against all defendants, and said claims shall be **DISMISSED WITH PREJUDICE.**

_____
Patrick Geckle, Esquire
Counsel for Plaintiff

_____
Amanda C. Shoffel, Esquire
Counsel for Defendants

**Witness:**

_____
Thomas J. Rueter
United States Magistrate Judge

Date: August 8, 2014